**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ERIKA ANNABEL MATUTE TAPIA

**Plaintiff,**

-against-

LYONS ET AL.,

**Defendant.**

26-CV-2010 (ALC)

**ORDER**

**ANDREW L. CARTER, JR.**, United States District Judge:

The Court is inclined to grant Petitioner's Motion to Dismiss the Petition (ECF No. 10), but Respondent should file any objection to dismissal by tomorrow March 19, 2026.

Failure to object will result in this petition being dismissed.

**SO ORDERED.**

Dated: March 18, 2026
      New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**