**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ERIKA ANNABEL MATUTE TAPIA

                         Petitioner,              26 **CIVIL** 2010 (ALC)

        -against-                                   **JUDGMENT**

LYONS ET AL.,

                         Respondents.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Text Only Order dated March 19, 2026, Petitioner's Motion to Dismiss is GRANTED; accordingly, the case is closed.

**DATED:**  New York, New York
            March 31, 2026

                                **TAMMI M. HELLWIG**
                                _____
                                   **Clerk of Court**

                **BY:**
                             _____
                                    **Deputy Clerk**